# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BLANCA A. BAJANA ESPINOZA,**
Appellant,

v.

**LUIS F. JACOME CHERREZ** a/k/a **FELIPE JACOME,**
Appellee.

No. 4D18-1514

[October 4, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE16-014145.

Lina M. Leon of Lina M. Leon, P.A., Princeton, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***